**RECEIVED**

AUG 2 7 2019

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:19-CR-049 |
| | **INDICTMENT** |
| v. | |
| | T. 18 U.S.C. § 922(g)(3) |
| BLAKE EDWARD COOPER, | T. 18 U.S.C. §§ 924(a)(2), (d) |
| | T. 18 U.S.C. § 844(e) |
| Defendant. | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Prohibited Person in Possession of a Firearm)**

From an unknown date, but as early as January 2019 and continuing until July 30, 2019, in the Southern District of Iowa, the Defendant, BLAKE EDWARD COOPER, in and affecting commerce, knowingly possessed firearms and ammunition, namely: a Savage rifle Model Axis 25-06 (K080858); Ruger pistol Model SR9 9mm (337-59408); Glock pistol Model 17CGEN4 9mm; (BBRD496); Intratec pistol Model TEC9 9mm (26628); Investarms, Fabrica D'Armi Model Companion 12-gauge shotgun (368111); Remington Model 1100 12-gauge shotgun (M609031V); Mossberg Model 500 12-gauge shotgun (L107568); Remington Model 870 12-gauge shotgun (617798V); Winchester Model 37A 12-gauge shotgun (no serial number); Savage Model 820 12-gauge shotgun (no serial number); Turkey Model unknown shotgun (AR41002570); Browning pistol Model Buckmark .22 caliber (515ZT06989); Marlin rifle Model 60W .22 caliber (06186351); Smith & Wesson rifle Model M&P .223 (SZ03330); Browning rifle Model 81BLR .308 (09373NX227); Marlin rifle Model 25MN .22 caliber (05418276); Mossberg rifle Model 142A .22 caliber (no serial number); Norinco rifle Model 22ATD .22 caliber (432824); CBC rifle Model 715T .22 caliber (EM13925410); Remington rifle Model 522 Viper .22 caliber (3101469); and Smith & Wesson revolver Model 37 Airweight .38 caliber (06948); and ammunition. At the

1

time of the offense, the defendant was an unlawful user of and addicted to a controlled substance, and knew of these conditions.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
**(Explosive Materials - Willfully Making a Threat)**

On or about July 30, 2019, in the Southern District of Iowa, the Defendant, BLAKE EDWARD COOPER, through the use of a cellular telephone and other instruments of interstate or foreign commerce, willfully made a threat to kill, injure, and intimidate law enforcement officers in Shelby County, Iowa, by means of fire and an explosive, in and affecting interstate or foreign commerce.

This is a violation of Title 18, United States Code, Section 844(e).

**THE GRAND JURY FINDS:**

**Notice of Forfeiture**

Upon conviction for the offense alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearms and ammunition involved in the commission of the offenses charged in this Indictment.

**A TRUE BILL.**

/FOREPERSON

Marc Krickbaum
United States Attorney

By: *[signature]*
Michael B. Duffy
Assistant United States Attorney

2